CONDRIN CONSTRUCTION COMPANY, INC. v. HARTFORD
ACCIDENT AND INDEMNITY COMPANY.

April 15, 1981.

Petition for certification denied.   (See 177 *N.J.Super.* 251)

STATE OF NEW JERSEY v. KENNETH MANSFIELD.

April 15, 1981.

Petition for certification denied.

IN RE APPLICATION OF RUSSELL W. MAHLER FOR A
WRIT OF HABEAS CORPUS.

April 15, 1981.

Petition for certification denied.   (See 177 *N.J.Super.* 337)